IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACTION UNLIMITED RESOURCES, INC.,** and **RANDY S. LABAR,**   Plaintiffs,　　v.　　**VERITIV OPERATING COMPANY,**   Defendant. | **CIVIL ACTION**　　　　　**NO. 17-3197** |

# O R D E R

**AND NOW**, this 27th day of July, 2017, upon consideration of plaintiffs' Motion for Preliminary Injunction (Document No. 3, filed July 20, 2017), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1. Plaintiffs' Motion for Preliminary Injunction is **DENIED AS MOOT**;

2. The telephone conference scheduled for Friday, July 28, 2017, is **CANCELLED**; and,

3. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.